# UNITED STATES DISTRICT COURT

## District of Minnesota

Jorge Alejo-Gonzalez and Orlando Alejo-Romero

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01392-ECT-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Petitioners Jorge A.-G. and Orlando A.-R.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED as follows:

1. Petitioners are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and are instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

2. Respondents shall release Petitioners from custody as follows:

a. If Petitioners remain detained in Minnesota, Respondents shall release Petitioners from custody as soon as practicable, but not later than 48 hours after entry of this Order.

b. If Petitioners have been moved outside of Minnesota, as soon as practicable, but not later than 72 hours after entry of this Order, Respondents shall return Petitioners to Minnesota and then release Petitioners from custody.

Date: 2/17/2026

KATE M. FOGARTY, CLERK